**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, YNKDY-2, STATE OF NEW YORK *ex rel.*, YNKDY-2, STATE OF NEW JERSEY *ex rel.*, YNKDY-2, Plaintiffs, <br><br> - against - <br><br> SHIEL MEDICAL LABORATORY, *et al.*, <br><br> Defendants. <br> ─────────────────X <br><br> UNITED STATES OF AMERICA, STATE OF NEW JERSEY, STATE OF NEW YORK, and STATE OF CONNECTICUT, *ex. rel.* John Doe, Plaintiffs, <br><br> - against - <br><br> SHIEL HOLDINGS LLC, *et al.*, <br><br> Defendants. | **FILED UNDER SEAL** <br><br> Civil Action No. 16-CV-1090 <br><br> (Garaufis, J.) <br><br><br><br><br><br> Civil Action No. 17-CV-2732 <br><br> (Garaufis, J.) |

**THE STATE OF NEW YORK'S**
**NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the New York False Claims Act, N.Y. State Fin. Law § 190(2)(f), the State of New York (the "State") notifies this Court of its decision not to intervene in these actions at this time.

Although the State declines to intervene in the Relators' complaints, it respectfully refers to N.Y. State Fin. Law § 190(2) and the regulations promulgated under the New York False Claims Act, which reserve certain rights and powers to the State and localities.

Furthermore, pursuant to N.Y. State Fin Law §190(2)(f), the State requests that all pleadings filed in this action, orders issued by the Court, and notices of appeal be served upon New York State at the Office of the Attorney General, Managing Clerk's Office, Attn: Medicaid Fraud Control Unit, 28 Liberty Street, New York, NY 10005.  New York State reserves its right to order any deposition transcripts and to intervene in these actions, for good cause, at a later date.

The State requests that the Relators' complaints, this Notice and the attached proposed Order be unsealed.  The State requests that all other papers on file in this action remain under seal.

A proposed joint order, on behalf of the State of New York, State of Connecticut, State of New Jersey, and the United States, accompanies this notice.

Dated: New York, New York
       June 2, 2022

                                        Respectfully submitted,

                                        LETITIA JAMES
                                        Attorney General of the State of
                                        New York

                                        _____
                                        Diana Elkind
                                        Deputy Chief, Civil Enforcement Division
                                        Office of the Attorney General
                                        Medicaid Fraud Control Unit
                                        Civil Enforcement Division
                                        28 Liberty Street
                                        New York, NY 10005
                                        Telephone: (212) 417-4171