# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel, YNKDY-2, STATE OF NEW YORK, ex rel, YNKDY-2, STATE OF NEW JERSEY, ex rel YNKDY-2, | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  16-CV-1090 |
| Shiel Medical Laboratory; Shiel Holdings, LLC; Fresenius Medical Care; BIM Medical, Inc.; Jack Basch; Does 1-10, Inclusive, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION   (SECOND AMENDED COMPLAINT)

To: *(Defendant's name and address)*   Fresenius Medical Care Holdings, Inc., (previously named as Doe #2)
920 Winter Street
Waltham, MA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven J. Marcus (NY 1231307), 431 W. 22nd St., New York, NY 10011; 212-989-6187; sjmarcus@aol.com

Mark Allen Kleiman (CSB 115919) (pro hac vice), Pooja Rajaram (CSB 241777) (pro hac vice); KLEIMAN/RAJARAM, 12121 Wilshire Blvd., Ste. 810, Los Angeles, CA 90025; 310-392-5455 mkleiman@quitam.org, prajaram@quitam.org

Howard L. Pierce, (NY HP5655), HALLORAN SAGE, LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103, 860-548-000, pierceh@halloransage.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  16-CV-1090

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: