UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civ. Action No.
1:16-cv-01090-NGG-TAM

UNITED STATES OF AMERICA, ET AL.,

                Plaintiffs,

      v.

SHIEL MEDICAL LABORATORY, ET AL.,

              Defendants.

**NOTICE OF
APPEARANCE**

PLEASE TAKE NOTICE that Morris R. Borea, of the law firm Halloran & Sage LLP,

who is admitted Pro Hac Vice in this Court, hereby appears as counsel for the Plaintiffs United

States of America *Ex Rel* YNKDY-2, State of New York *Ex Rel* YNKDY-2, and State of New

Jersey, *Ex Rel* YNKDY-2, in the above-captioned action and respectfully requests that all notices

and papers filed or entered in this action be given to or served upon him.

Dated:  January 11, 2023
        Hartford, CT

Respectfully submitted,

BY:                
           Morris R. Borea
           Fed Bar No. ct06559
           Halloran & Sage LLP
           One Goodwin Square
           225 Asylum Street
           Hartford, Connecticut  06103
           Phone:  860.297.4676
           Fax:  860.548.0006
           borea@halloransage.com
           *Attorneys for Plaintiffs United States of*
           *America Ex Rel YNKDY-2, State of New*
           *York Ex Rel YNKDY-2, and State of New*
           *Jersey, Ex Rel YNKDY-2*

## CERTIFICATE OF SERVICE

On January 11, 2023, I electronically submitted the foregoing document with the clerk of the court of the United States District Court, Eastern District of New York, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another means authorized by Federal Rule of Civil Procedure 5(b)(2).

Morris R. Borea