AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-CV-1090-NGG-TAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Spectra Holdco, LLC / C T Corporation System**

was received by me on *(date)* **05/10/2023**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Gary Scappini, Authorized Representative**, who is designated by law to accept service of process on behalf of *(name of organization)* **Spectra Holdco, LLC / C T Corporation System** on *(date)* **05/11/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **05/12/2023**

*Server's signature*

**Jason B. Douglas, Process Server**
*Printed name and title*

36 Russ St.
Hartford, CT 06106
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:
Service on: Spectra Holdco, LLC C/T Corporation System
67 Burnside Ave. East Hartford, CT 06108

Served to: Gary Scappini, Authorized Representative
(male, white, 55 y/o, 5'11", 200 lbs, brown hair)
05/11/2023 at 11:40 AM

Documents Served: Summons in a civil action, Third amended complaint, Exhibit(s)