

**Howard L. Pierce**
860.297.4655
pierceh@halloransage.com

February 15, 2024

**VIA ECF W/ COURTESY COPY VIA FIRST-CLASS MAIL**

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States ex rel. YNKDY-2 and James Gordon v. Shiel Medical Laboratory, et al., Civil Action No. 16-CV-1090

Dear Judge Garaufis,

I am one of the attorneys for the Relator in the above-referenced matter and write to ask permission to exceed, by one page, the 10-page limit on our reply brief filed February 14th. All parties have worked diligently to comply with the parameters set forth by the Court.

We have asked defense counsel if they would consent to this additional page and as of this afternoon, counsel for Jack Basch, Attorney Claud Millman, has graciously agreed.

We ask the Court for accommodation in this request, and we thank the Court for its time and attention to these matters.

Respectfully Submitted,


_____/s/ Howard L. Pierce_____

Howard L. Pierce


CC: All counsel of record via ECF only